AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:19-cr-00057-LO |
| Le et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Peter Le                                                                                                                                 .

Date:   02/25/2019                                                                  /s/
                                                                                             *Attorney's signature*

                                                                                    Mary Nerino 86431
                                                                                 *Printed name and bar number*

                                                                                10505 Judicial Drive Suite 101
                                                                                      Fairfax VA, 22030

                                                                                             *Address*

                                                                                    mary@pricebenowitz.com
                                                                                         *E-mail address*

                                                                                        (703) 969-0849
                                                                                       *Telephone number*

                                                                                        (703) 991-0604
                                                                                          *FAX number*