AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| UNITED STATES | ) |
| Plaintiff | ) |
| v. | ) Case No. 1:19-cr-57-LO-1 |
| LE et al. | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Peter Le

Date: 02/25/2019

/s/
*Attorney's signature*

David Benowitz VSB #91194
*Printed name and bar number*
Price Benowitz LLP
409 Seventh Street NW
Suite 200
Washington, DC 20004

*Address*

david@pricebenowitz.com
*E-mail address*

(202) 417-6000
*Telephone number*

(202) 664-1331
*FAX number*