|  |  |
|---|---|
| | TYPE OF HEARING:  DH |
| | CASE NUMBER: 1:19-cr-57 |
| | MAGISTRATE JUDGE: Ivan D. Davis |
| | DATE:  2/26/2019 |
| | TIME: 2:00 p.m. |
| EASTERN DISTRICT OF VIRGINIA | TAPE: FTR RECORDER |
| | DEPUTY CLERK: Laura Guerra |

UNITED STATES OF AMERICA

       VS.

Peter Le

GOVT. ATTY:  James Trump and Dan Swanwick

DEFT'S  ATTY: Mary Nerino

DUTY AFPD:_____

INTERPRETER/LANGUAGE_____

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (    )
DEFT INFORMED OF RIGHTS AND THE VIOLATIONS (   )
COURT TO APPOINT COUNSEL (     )   FPD (   ) CJA (   ) Conflict List (   )

Gov't is seeking detention. Gov't adduced evidence and rests. Affidavit admitted into evidence as gov't exhibit number one. Deft argues for release with conditions- DENIED.

( x )  DEFT IS REMANED TO THE CUSTODY OF THE USMS DUE TO
(   ) RISK OF NON APPEARANCE ( x  ) SAFETY OF THE COMMUNITY
(   ) DEFT RESERVES THE RIGHT OF THE COURTS DETERMINATION AS TO DETENTION BASED ON A CHANGE OF CIRCUMSTANCES

NEXT COURT APPEARANCE _____TIME _____
_____