UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES <br><br> v. <br><br> PETER LE <br>                Defendant | Criminal No. 1:19-cr-00057-LO-1 |

## ORDER

Upon consideration of counsel David Benowitz's Motion to Withdraw as Counsel, it is hereby,

**ORDERED**, that Defendant's motion is **GRANTED**; and it is hereby,

**FURTHER ORDERED**, that David Benowitz is permitted to withdraw as counsel in this matter.

_Sept 18, 2019_
DATE

_/s/ Liam O'Grady_
LIAM O'GRADY
United States District Judge