IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:19-cr-57 |
| PETER LE | The Honorable Liam O'Grady |
| JOSEPH DUK-HYUN LAMBORN | Trial Date: April 11, 2022 |
| TONY MINH LE | |
| YOUNG YOO | |
| SASCHA AMADEUS CARLISLE | |
| Defendants. | |

## **JUDICIAL NOTICE**

COMES NOW the United States of America by its undersigned attorneys, and pursuant to Rule 201 of the Federal Rules of Evidence, requests the Court to judicially notice the following:

- Eastern Standard Time (EST) is five hours behind Coordinated Universal Time (UTC); and

- Eastern Daylight Time (EDT) is four hours behind Coordinated Universal Time (UTC).

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____/s/_____
James L. Trump
Carina A. Cuellar
Ryan B. Bredemeier
Assistant United States Attorneys
United States Attorney's Office

Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone:   (703) 299-3700
Email:   Carina.Cuellar@usdoj.gov us

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing (NEF) to counsel of record.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____/s/_____
Carina A. Cuellar
Assistant United States Attorney