UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>           Plaintiff,<br><br>   v.<br><br>PETER LE, ET AL.,<br><br>           Defendants. | Case No. 1:19-cr-00057-LO<br><br>**ORDER** |

Indicators from state health officials is that the COVID-19 virus is not contained within the Eastern District of Virginia and the urgent nature of this trial will not allow the court to delay until it is safer to call jurors to report.

Therefore, the court has determined an emergency hardship situation is present where accommodations are needed to be taken by the court to protect the health and safety of jurors and minimize exposure to the virus in order for them to be able to serve. Accordingly, jurors are to remain within the courthouse once they report each day and the Clerk is to procure juror meals as necessary.

So ORDERED, this 4th day of April, 2022.

/s/
Liam O'Grady
United States District Judge