IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

APR 13 2022

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:19-cr-57 |
| PETER LE | The Honorable Liam O'Grady |
| JOSEPH DUK-HYUN LAMBORN | Trial Date: April 11, 2022 |
| TONY MINH LE | |
| YOUNG YOO | |
| *Defendants.* | |

## STIPULATION CONCERNING DNA ANALYSIS AND CHAIN OF CUSTODY

The United States of America, by Jessica D. Aber, United States Attorney for the Eastern District of Virginia, James L. Trump, Carina A. Cuellar, and Ryan B. Bredemeier, Assistant United States Attorneys and the defendants Peter Le, Joseph Duk-Hyun Lamborn, Tony Minh Le, and Young Yoo, through counsel, for purposes of trial stipulate as required and appropriate to the authenticity, foundation, and proper chain of custody, for the following United States exhibit, testimony, and facts:

1.  Virginia Department of Forensic Science Certificate of Analysis FS Lab #C19-14970, dated December 19, 2019 (Government Exhibit 27-6) contains deoxyribonucleic acid (DNA) analysis results comparing two pieces of evidence referred to as "Item 1" and "Item 2." Item 1 is the femur bone of unidentified remains collected by law enforcement on or about December 5, 2019, in a wooded area near the address of 800 Old Locke Lane, Richmond, Virginia, 23226. Item 2 is Government Exhibit 27-5, which is a Buccal sample containing a

*United States v. Peter Le et al, 1:19-cr-57*
*Stipulation Concerning DNA Analysis and Chain of Custody*

DNA sample of Khairina Worthey, who is the biological mother of Brandon White.

    2.    On or about December 9, 2019, the Virginia Department of Forensic Science Central Laboratory in Richmond, Virginia, received Item 1 and Item 2 for analysis. Proper chain of custody of Items 1 and 2 were maintained at all times. When Items 1 and 2 were tested by the Virginia Department of Forensic Science, they were in the same condition as when collected by law enforcement, and the items had not been tampered with.

    3.    On or about December 18, 2019, Forensic Scientist Stephen E. Rodgers completed his analysis comparing the DNA profile from the femur bone (Item 1) to the DNA profile of Government Exhibit 27-5 (Item 2, Buccal DNA sample from Khairina Worthey) using recognized and reliable methods. The results of that analysis are reflected in the Government Exhibit 27-6.

    4.    Government Exhibit 27-6 accurately summarizes Rodger's findings, namely that Khairina Worthey cannot be eliminated as the biological parent (mother) of the donor of the femur of the unidentified remains.

    5.    The Probability of Maternity, which expresses the probability that Khairina Worthey is the biological parent (mother) of the donor of the femur of the unidentified remains, was calculated. The Probability of Maternity in the Caucasian population is 99.9999%. The Probability of Maternity in the African American population is 99.9996%. The Probability of Maternity in the Hispanic population is 99.9998%.

*United States v. Peter Le et al, 1:19-cr-57*
*Stipulation Concerning DNA Analysis and Chain of Custody*

So stipulated.

ON BEHALF OF THE GOVERNMENT:

Jessica D. Aber
United States Attorney

By: _____
James L. Trump
Carina A. Cuellar
Ryan B. Bredemeier
Assistant United States Attorneys

ON BEHALF OF THE DEFENDANT:

Peter Le

By: _____
Lana Manitta, Esq.
Jesse Winograd. Esq.
Counsel for Peter Le

_____
Peter Le
Defendant

ON BEHALF OF THE DEFENDANT:

Joseph Duk-Hyun Lamborn

By: _____
Alan H. Yamamoto, Esq.
Pleasant Sanford Brodnax, III, Esq.
Counsel for Joseph Duk-Hyun Lamborn

_____
Joseph Duk-Hyun Lamborn
Defendant

3

*United States v. Peter Le et al, 1:19-cr-57*
*Stipulation Concerning DNA Analysis and Chain of Custody*

ON BEHALF OF THE DEFENDANT:

Tony Minh Le

By: *[signature]*
Robert L. Jenkins, Jr., Esq.
Counsel for Tony Minh Le

*[signature]*
Tony Minh Le
Defendant

ON BEHALF OF THE DEFENDANT:

Young Yoo

By: *[signature]*
Frank Salvato, Esq.
Christopher Amolsch, Esq.
Counsel for Young Yoo

*[signature]*
Young Yoo
Defendant

So Ordered April 13, 2022

/s/
Liam O'Grady
United States District Judge

4