IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division



FILED
IN OPEN COURT

APR 18 2022

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:19-cr-57 |
| PETER LE | The Honorable Liam O'Grady |
| JOSEPH DUK-HYUN LAMBORN | Trial Date: April 11, 2022 |
| TONY MINH LE | |
| YOUNG YOO | |
| Defendants. | |

## STIPULATIONS CONCERNING
## COLLECTION OF SAMPLES FROM MARIJUANA PLANTS

The United States of America, by Jessica D. Aber, United States Attorney for the Eastern District of Virginia, James L. Trump, Carina A. Cuellar, and Ryan B. Bredemeier, Assistant United States Attorneys and the defendants Peter Le, Joseph Duk-Hyun Lamborn, Tony Minh Le, and Young Yoo, through counsel, for purposes of trial stipulate as required and appropriate to the authenticity, foundation, proper chain of custody, and hearsay exception (Fed. R. Evid. 803 and 807) for the following United States exhibits, testimony, and facts:

1.　On or about July 24, 2019, law enforcement collected sixty samples from individual marijuana plants that were located on 81 Bass Lane, Hayfork, California. Each individual sample was taken from a different marijuana plant. Law enforcement packaged the individual samples taken from the marijuana plants in separate envelopes. Law enforcement grouped the separate envelopes containing samples of the marijuana plants in groupings of ten envelopes (Government Exhibits 9-18A, 9-19A, 9-20A, 9-21A, 9-22A).

*United States v. Peter Le et al, 1:19-cr-57*
*Stipulation Concerning Collection of Samples from Marijuana Plants*

2. On or about July 24, 2019, law enforcement collected samples from sixty individual marijuana plants that were located on 91 Bass Lane, Hayfork, California. Each individual sample was taken from a different marijuana plant. Law enforcement packaged the individual samples taken from the marijuana plants in separate envelopes (Government Exhibit 9-24A).

3. Law enforcement properly stored and maintained proper chain of custody over Government Exhibits 9-18A through 9-22A, and Government Exhibit 9-24A.

4. This stipulation is admissible in evidence.

So stipulated:

ON BEHALF OF THE GOVERNMENT:

    Jessica D. Aber
    United States Attorney

By: _/s/_
    James L. Trump
    Carina A. Cuellar
    Ryan B. Bredemeier
    Assistant United States Attorneys

*United States v. Peter Le et al, 1:19-cr-57*
*Stipulation Concerning Collection of Samples from Marijuana Plants*

ON BEHALF OF THE DEFENDANT:

Peter Le

By: _____
Lana Manitta, Esq.
Jesse Winograd. Esq.
Counsel for Peter Le

_____
Peter Le
Defendant

ON BEHALF OF THE DEFENDANT:

Joseph Duk-Hyun Lamborn

By: _____
Alan H. Yamamoto, Esq.
Pleasant Sanford Brodnax, III, Esq.
Counsel for Joseph Duk-Hyun Lamborn

_____
Joseph Duk-Hyun Lamborn
Defendant

ON BEHALF OF THE DEFENDANT:

Tony Minh Le

By: _____
Robert Lee Jenkins, Jr., Esq.
Counsel for Tony Minh Le

_____
Tony Minh Le
Defendant

ON BEHALF OF THE DEFENDANT:

Young Yoo

By: _____
Frank Salvato, Esq.
Christopher Amolsch, Esq.
Counsel for Young Yoo

_____
Young Yoo
Defendant

3