IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division


FILED IN OPEN COURT
APR 19 2022
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:19-cr-57 |
| PETER LE | The Honorable Liam O'Grady |
| JOSEPH DUK-HYUN LAMBORN | Trial Date: April 11, 2022 |
| TONY MINH LE | |
| YOUNG YOO | |
| Defendants. | |

### STIPULATION CONCERNING CHAIN OF CUSTODY OF CELLULAR PHONE

The United States of America, by Jessica D. Aber, United States Attorney for the Eastern District of Virginia, James L. Trump, Carina A. Cuellar, and Ryan B. Bredemeier, Assistant United States Attorneys and the defendants Peter Le, Joseph Duk-Hyun Lamborn, Tony Minh Le, and Young Yoo, through counsel, for purposes of trial stipulate as required and appropriate to the authenticity, foundation, proper chain of custody, and hearsay exception (Fed. R. Evid. 803 and 807) for the following United States exhibits, testimony, and facts:

1. On or about April 17, 2019, law enforcement officers with the Monterey Park Police Department and an FBI Special Agent arrested Joseph Duk-Hyun Lamborn in Monterey Park, California. Law enforcement officers seized an iPhone 6s cellphone (Government Exhibit 4-12) from Joseph Duk-Hyun Lamborn at the time of this arrest. Contained within Government Exhibit 4-12 was a SIM card (Government Exhibit 4-13). Monterey Park law enforcement officers collected Government Exhibits 4-12 and 4-13 as evidence and then transferred custody

*United States v. Peter Le et al, 1:19-cr-57*
*Stipulation Concerning Chain of Custody of Cellular Phone*

to an FBI Special Agent on or about April 18, 2019.

2. Law enforcement maintained proper chain of custody of Government Exhibits 4-12 and 4-13. Government Exhibits 4-12 and 4-13 are the same Apple iPhone 6s and SIM card seized from Joseph Duk-Hyun Lamborn at the time of his arrest.

3. This stipulation is admissible in evidence.

So stipulated.

ON BEHALF OF THE GOVERNMENT:

Jessica D. Aber
United States Attorney

By: _____
James L. Trump
Carina A. Cuellar
Ryan B. Bredemeier
Assistant United States Attorneys

*United States v. Peter Le et al, 1:19-cr-57*
*Stipulation Concerning Chain of Custody of Cellular Phone*

ON BEHALF OF THE DEFENDANT:

    Peter Le

By: _____
    Lana Manitta, Esq.
    Jesse Winograd. Esq.
    Counsel for Peter Le

_____
Peter Le
Defendant

ON BEHALF OF THE DEFENDANT:

    Joseph Duk-Hyun Lamborn

By: _____
    Alan H. Yamamoto, Esq.
    Pleasant Sanford Brodnax, III, Esq.
    Counsel for Joseph Duk-Hyun Lamborn

_____
Joseph Duk-Hyun Lamborn
Defendant

ON BEHALF OF THE DEFENDANT:

    Tony Minh Le

By: _____
    Robert Lee Jenkins, Jr., Esq.
    Counsel for Tony Minh Le

_____
Tony Minh Le
Defendant

ON BEHALF OF THE DEFENDANT:

    Young Yoo

By: _____
    Frank Salvato, Esq.
    Christopher Amolsch, Esq.
    Counsel for Young Yoo

_____
Young Yoo
Defendant